IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3032 |
| vs. | ORDER |
| DAVID A. LOMBARD, | |
| Defendant. | |

IT IS ORDERED:

1) The motion of John C. Vanderslice to withdraw as counsel of record for Defendant, (Filing No. 19), is granted.

2) Defendant's newly retained counsel, Chad Wythers, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete John C. Vanderslice from any future ECF notifications herein.

Dated this 29th day of March, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge